## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: 07/10/2026

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　　　　Vs.<br><br>Ethan Tran<br>YOB: 2006<br>Citizen of United States<br><br><br>　　　　Defendant. | ) Magistrate's Case No. **26-01586MJ**<br>)<br>) COMPLAINT FOR VIOLATION OF<br>) Title 8, United States Code,<br>) Section 1324(a)(1)(A)(ii) and<br>) (a)(1)(B)(ii)<br>) Transportation of an Illegal Alien<br>) Count One<br>)<br>)<br>)<br>) |

I, Daniela Murillo, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about July 10, 2026, within the District of Arizona, Defendant Ethan Tran, knowing and in reckless disregard of the fact that certain aliens, namely: Carlos MONTANO-Escobedo, and Carlos Alberto TORRES-Cardenas had come to, entered, and remained in the United States in violation of law, did knowingly transport and move, and attempt to transport and move, said aliens within the United States, by means of transportation and otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) (Felony).

//

//

//

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Patrick *PTS* Sloane for AUSA Louis Uhl.

_Daniela V. Murillo_

Daniela Murillo
Border Patrol Agent
United States Border Patrol

Sworn and subscribed to by telephone, July 13, 2026, at Yuma, Arizona.

The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Ethan Tran


**Statement of Facts**

I, Daniela Murillo, being duly sworn, do state the following:

1. **LOCATION: YUMA, ARIZONA.**

   The following events occurred around Interstate 8 eastbound off ramp Avenue 29E in Wellton, Arizona, Yuma County, within the District of Arizona.

2. **UNDERLYING FACTS.**

   On July 10, 2026, Border Patrol Agent (BPA) G. Biggs, assigned to traffic enforcement on Interstate 8 (I8) within Wellton Station's area of responsibility, observed a traffic stop conducted by the Wellton Police Department near Avenue 29E and Interstate 8 eastbound off-ramp at Exit 30 at approximately 11:15 AM. Wellton Police observed a grey Honda Accord bearing California license plate 9JKN434 crossing over the center line in violation of A.R.S. § 28-729.1 (Drive One Lane/Unsafe Lane Change) and conducted a traffic stop. BPA Biggs responded to assist Wellton Police Department Officer Alvarez, who reported to BPA Biggs that the vehicle's occupants gave inconsistent information and suspected the two passengers were illegal aliens being smuggled by the driver. Officer Alvarez requested BPA Biggs to identify the front-seat passenger as he did not have any form of identification on his person.

   BPA Biggs identified the front-seat passenger as Carlos TORRES-Cardenas (TORRES), who stated he was born in Mexico City and did not possess immigration documents. The driver was identified as Ethan Tran (TRAN), a United States citizen, who claimed they were traveling to Phoenix for construction work. The back-seat passenger, Carlos MONTANO-Escobedo (MONTANO) stated he was born in Mexico and did not possess documents to be lawfully present in the United States, but claimed he was in the process of obtaining those documents.

   At approximately 11:40 AM, BPA-Intelligence (BPA-I) D. Figueroa-Rullan (Figueroa) arrived on scene and conducted immigration inspections on all occupants. Records checks confirmed that both TORRES and MONTANO were citizens of Mexico illegally present in the United States and lacked status to remain. All subjects were transported to the Wellton Border

Patrol Station for further processing.

**3. DEFENDANTS' STATEMENTS.**

**A. DEFENDANT: ETHAN TRAN (United States Citizen).**

On July 10, 2026, at approximately 1:44 PM, BPA-I, B. Ramos (Ramos) and BPA-I D. Figueroa Rullan (Figueroa) conducted a recorded interview with TRAN. TRAN was advised of his *Miranda* Rights and agreed to answer questions without a lawyer present.

TRAN stated that he was contacted by an unknown individual who offered him money to transport illegal aliens. On July 10, 2026, at approximately 12:00 PM, while at his residence in Rosemead, California, the unknown individual texted him instructions to pick up two illegal aliens for a payment of $900 USD. TRAN reported being directed to a gas station near Jacumba, California, for the pickup. Upon arrival, he observed the two illegal aliens waiting, unlocked his vehicle, and they entered. TRAN claimed he was unaware of the final drop-off destination, as the unknown individual continued to provide him with addresses of gas stations along the route. Approximately 30 minutes after crossing into Arizona, TRAN was stopped by law enforcement and subsequently arrested.

**4. AFFIRMATION.**

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant and the smuggled aliens in this matter, from initial contact to the writing of this document: BPAs F. Scharff, D. Chavez, and G. Biggs.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs C. Hagan and D. Figueroa Ruillan.

//

//

//

//

Based on the foregoing, there is probable cause to believe that ETHAN TRAN committed the offense as alleged in the attached complaint.


_Daniela V. Murillo_
Daniela Murillo
Border Patrol Agent
United States Border Patrol


Sworn and subscribed to by telephone, July 13, 2026, at Yuma, Arizona.


The Honorable James F. Metcalf
United States Magistrate Judge

### Weekend Probable Cause Statement

I, Daniela Murillo, being duly sworn, do state the following:

The complainant states that this complaint is based upon statements in investigative reports by Border Patrol Agents (BPA) F. Scharff, D. Chavez and G. Biggs that on July 10 2026, Ethan Tran was arrested for knowingly and in reckless disregard that certain aliens, namely: Carlos MONTANO-Escobedo, and Carlos Alberto TORRES-Cardenas had come to, entered, and remained in the United States in violation of law, did knowingly transport and move, and attempt to transport and move, said aliens within the United States, by means of transportation and otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) (Felony).

On July 10, 2026, Border Patrol Agent (BPA) G. Biggs, assigned to traffic enforcement on Interstate 8 (I8) within Wellton Station's area of responsibility, observed a traffic stop conducted by the Wellton Police Department near Avenue 29E and Interstate 8 eastbound off-ramp at Exit 30 at approximately 11:15 AM. Wellton Police observed a grey Honda Accord bearing California license plate 9JKN434 crossing over the center line in violation of A.R.S. § 28-729.1 (Drive One Lane/Unsafe Lane Change) and conducted a traffic stop. BPA Biggs responded to assist Wellton Police Department Officer Alvarez, who reported to BPA Biggs that the vehicle's occupants gave inconsistent information and suspected the two passengers were illegal aliens being smuggled by the driver.  Officer Alvarez requested BPA Biggs to identify the front-seat passenger as he did not have any form of identification on his person.

BPA Biggs identified the front-seat passenger as Carlos TORRES-Cardenas (TORRES), who stated he was born in Mexico City and did not possess immigration documents. The driver was identified as Ethan Tran (TRAN), a United States citizen, who claimed they were traveling to Phoenix for construction work. The back-seat passenger,

Carlos MONTANO-Escobedo (MONTANO) stated he was born in Mexico and did not possess documents to be lawfully present in the United States, but claimed he was in the process of obtaining those documents.

At approximately 11:40 AM, BPA-Intelligence (BPA-I) D. Figueroa-Rullan (Figueroa) arrived on scene and conducted immigration inspections on all occupants. Records checks confirmed that both TORRES and MONTANO were citizens of Mexico illegally present in the United States and lacked status to remain. All subjects were transported to the Wellton Border Patrol Station for further processing.

**DEFENDANTS' STATEMENTS.**

On July 10, 2026, at approximately 1:44 PM, BPA-I, B. Ramos (Ramos) and BPA-I D. Figueroa Rullan (Figueroa) conducted a recorded interview with TRAN. TRAN was advised of his *Miranda* Rights and agreed to answer questions without a lawyer present.

TRAN stated that he was contacted by an unknown individual who offered him money to transport illegal aliens. On July 10, 2026, at approximately 12:00 PM, while at his residence in Rosemead, California, the unknown individual texted him instructions to pick up two illegal aliens for a payment of $900 USD. TRAN reported being directed to a gas station near Jacumba, California, for the pickup. Upon arrival, he observed the two illegal aliens waiting, unlocked his vehicle, and they entered. TRAN claimed he was unaware of the final drop-off destination, as the unknown individual continued to provide him with addresses of gas stations along the route. Approximately 30 minutes after crossing into Arizona, TRAN was stopped by law enforcement and subsequently arrested.

**AFFIRMATION.**

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning

US v. Ethan Tran

of the Defendant and the smuggled aliens in this matter, from initial contact to the writing of this document: BPAs F. Scharff, D. Chavez, and G. Biggs.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs C. Hagan and D. Figueroa Ruillan.

Based on the foregoing, there is probable cause to believe that Ethan Tran committed the offenses as alleged in the Complaint.

Executed on: Date 07/12/2026 Time: 07:20 hrs.


Signed:

_Daniela V. Murillo_
_____
Daniela Murillo
Border Patrol Agent


Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of 3 pages, I find probable cause to believe that the defendants named therein committed the offenses on the date 07/10/2026, in violation of Title 8 U.S.C. Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

Finding Made on: Date___7/12/2026_____

Time___0743 hrs_____

Signed:  _____
                James F. Metcalf
           United States Magistrate Judge